**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JACKLYNN MARIE DUVALL,

Plaintiff,

vs.

FRANK BISIGNANO, Commissioner of Social Security,

Defendant

Case No.: 5:26-cv-01932-DFM

{~~PROPOSED~~} ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES AND EXPENSES PURSUANT TO 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. §§ 1920; 2412

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that fees and expenses in the amount of $6,500.00 as authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. §§ 1920; 2412, be awarded subject to the terms of the Stipulation.

DATE: 10/09/2026

THE HONORABLE DOUGLAS F. MCCORMICK
UNITED STATES MAGISTRATE JUDGE